# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

SANDRA S. ROBINSON,

                  Plaintiff,

v.

GATEWAY TECHNICAL COLLEGE,

                  Defendant.

Case No. 15-CV-1214-JPS

## JUDGMENT

Decision by Court. This action came on for consideration before the Court and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that this action be and the same is hereby DISMISSED without prejudice for want of prosecution.

APPROVED:

_J.P. Stadtmueller_
U.S. District Judge

JON W. SANFILIPPO
Clerk of Court

September 21, 2016       s/Nancy A. Monzingo
Date                              By: Deputy Clerk